# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  DEVONTE VINCENT LADELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) Case No. 17-cv-1147-R |
| | ) |
| 1.  GEICO CASUALTY COMPANY,<br>   a foreign for profit insurance<br>   Company, | )<br>)<br>) |
| | ) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Devonte Vincent Ladell, and Defendant, Geico Casualty Company, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

By    s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

2

/s Gerard F. Pignato
(Electronically signed by Mr. McGrew with Mr. Pignato's permission)
Gerard F. Pignato, OBA No. 11473
Justin R. Williams, OBA No. 32539
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:        jerry@pclaw.org
              justin@pclaw.org
**ATTORNEYS FOR DEFENDANT**